FILED by _____ D.C.

Mar 4, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 16-60427-CV-GAYLES/TURNOFF

Shane-Christopher: Buczek
NY DOS UCC TRUST CONTRACT
NO. 201312200706329

      Plaintiff,

-v-

Ugene McCoy I.D. 1118 aka Eugene D.
McCoy In his private capacity, individual
capacity and official capacities
&
Scott Hickey I.D. 1299
In his private capacity individual capacity and
official capacities

Office Depot-Care of Corporate Creations
Mr. Edmond Store Manager
Dr. Michael P. Brannon Psy.Doctor

MAC'S TOWING SERVICE

Public Pretender
Howard Finkelstein
Christina Kontogiannis,Esq
Florida Bar No. 0571121

Broward County Sheriff's Department
Schultz I.D. 3230 (15135)
Supervisor Mercado 3230 (11625)

Edward H. Merrigan Jr.
Kathleen Ireland
Robert F. Diaz
Leonard Feiner
Joseph A. Murphy
Robert S. Zack
Michael Rothschild

      Defendants,

CASE NO. _____

JUDGE: _____

trial by jury

DEMAND FOR TRIAL BY JURY
COMPLAINT FOR DEPRIVATION OF
RIGHTS UNDER 42 U.S.C. §1983, ET SEQ.;
COMPENSATORY DAMAGES and
PUNITIVE DAMAGES FALSE
ARREST,KIDNAPPING,ASSAULT,
BATTERY,TRESPASS,THEFT,PERJURY
**Time Toll Started 11/2014**

FILED BY _____ D.C.

MAR 0 3 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1

## INTRODUCTION & OPENING STATEMEMT

This is an action brought by Plaintiff Shane Christopher against State Officials, in their respective roles and in their individual capacities and their Corporation of political subdivision, who, while acting under the color of law, did willfully and with intent deter, suppress, or otherwise breach some rights of Plaintiff guaranteed and protected by the Federal Constitution, particularly the 1st, and 14th Amendments. Congressional Record, June 13, 1967, pp. 15641-15646). A "citizen of the United States" is a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT, the private constructive, cestui que trust of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc. in Section 4."...it is evident that they [US citizens] have not the political'[rights]' which are vested in citizens of the States. They are not constituents of any community in which is vested any sovereign power of government. Their position partakes more of the character of subjects than of citizens. They are subject to the laws of the United States, but have no voice in its management. If they are allowed to make laws, the validity of these laws is derived from the sanction of a Government in which they are not represented. Mere citizenship they may have, but the political '[rights]' of citizens they cannot enjoy..." People v. De La Guerra, 40 Cal. 311, 342 (A.D. 1870) as most know i have been researching with many others regarding the public and private status. It is my hope that eyes will open to these facts and that we will see that the judiciary paraded so heavily in the states/nation is a sham. PLEASE read and educate yourself on why the de facto must be recognized as the 'business" it really is. As a man/woman, living and breathing, the de facto business has no jurisdiction over life, it only has jurisdiction over death and that is the Citizen of the United States, the all caps name. See 42 U.S.C.A. § 1983. Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the

2

1  United States or other person within the jurisdiction thereof to the deprivation of any rights,

2  privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured

3  in an action at law, suit in equity, or other proper proceeding for redress, except that in any

4  action brought against a judicial officer for an act or omission taken in such officer's judicial

5  capacity, injunctive relief shall not be granted unless a declaratory decree was violated or

6  declaratory relief was unavailable. For the purposes of this section, any Act of Congress

7  applicable exclusively to the District of Columbia shall be considered to be a statute of the

8  District of Columbia.

9  The False Arrest happened on January 6th,2006 at 1590 North Federal Highway Fort Lauderdale

10 Florida [33305] zone 103 with no Complaint, no accusatory instrument filed into the Broward

11 County Courts, no real party of interest, no direct accuser, no corpus delicti and no case or

12 controversy. Public servant arrest the Plaintiff based on his "Little Shell Pembina Band of North

13 America" tags on Nissan VIN 5n1ed28tx4c6 without a warrant.

14 See: LACKING SUBJECT MATTER JURISDICTION

15  See UNITED STATES V. COTTON (01-687) 535 U.S. 625 (2002) 261 F.3d 397, reversed and

16 remanded. This latter concept of subject-matter jurisdiction, because it involves a court's power

17 to hear a case, can never be forfeited or waived. "the courts' statutory or constitutional power to

18 adjudicate the case. "Steel Co. v. Citizens for Better Environment, 523 U.S. 83, 89 (1998).

19 Consequently, defects in subject-matter jurisdiction require correction regardless of whether the

20 error was raised in district court. See, e.g., Louisville & Nashville R. Co. v. Mottley, 211 U.S.

21 149 (1908). See FW/PBS, Inc. v. Dallas, 493 US 215 (1990) (It is a long-settled principle that

22 standing cannot be "inferred argumentatively from averments in the pleadings", but rather "must

23 affirmatively appear in the record".... (facts supporting Article III jurisdiction must "appea[r]

Complaint for Deprivation of Rights Under 42 U.S.C. §1983, et seq.; Compensatory Damages; Punitive Damages
18 U.S.Code Chapter 96-RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

affirmatively from the record") The instant matter of judgment of foreclosure and sale should be vacated and the instant action is dismissed with prejudice and stay should be granted.

"Clear absence of all jurisdictions."

**See Exhibit (A) INSTR # 106341539 OR BK 42580 Pages 766-774 RECORDED 08/11/2006 16:43:36 Broward County commission deputy clerk 2090 REGISTERED MAIL RC 013 154 725 US IN THE COUNTY COURT IN AND FOR BROWARD COUNTY,FLORIDA NO.062321MM10A FALSE IMPRISOMENT with no Complaint and no direct accuser.**

On August 22, 2014 Plaintiff once again was arrest based on a false Warrant/Capias Issued by Judge Edward H. Merrigan Jr. CASE NUMBER 06-002321 MM10A lacking subject matter jurisdiction without a complaint. Bond Amount set at $500.00 with no subject matter jurisdiction! False Arrest was made by Schultz 15135 at 1406 South Federal Highway, Dania Beach Florida Case 02-1408-002239 with no Real Party of Interest and the fraud moves forward!

**See Rule 17a. See Exhibit (B) False Statements by Schultz, P.D. Printed By BS11120, Rec_23 09/15/2014 15:37 See 18 USC Section 1001 False Statements**

When a judge violates his or her oath they become a Trespasser of the Law, removes the Jurisdiction, and voids the oath of the Judge, He/She is acting as a private person upon violation of LAW and OATH. TITLE 28 PART I CHAPTER 21 § 454 Practice of law by justices and judges; Any justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a high misdemeanor.

The Supremacy Clause appears in Article VI of the United States Constitution. It establishes the Constitution, Federal Statutes, and U.S. treaties as "the supreme law of the land." State judges are required to uphold it, even if state laws or Constitutions conflict with it.

TITLE 28 PART I CHAPTER 21 § Sec. 453. Oaths of justices and judges. Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of

4

his office: ``I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God.''

THE BIG QUESTION IS WHEN IS THE LAST TIME THE BROWARD COUNTY SHERIFF'S DEPARTMENT AND FORT LAUDERSALE POLIE DEPARTMENT HAVE EVER READ THEIR OATH IF ANY.

NO IMMUNITY FOR JUDGES AND PROSECUTOR'S: When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost. Case Law has proven that judicial immunity is not absolute. The following statements and case law will highlight limits to judicial immunity .Judicial immunity is lost when a Judge lacks jurisdiction.

1.) Rankin v. Howard, (1980) 633 F.2d 844, cert den. Zeller v. Rankin, 101 S.Ct. 2020,451 U.S. 939, 68 L.Ed 2d 326.In Rankin v. Howard, 633 F.2d 844 (1980) the Ninth Circuit Court of Appeals reversed an Arizona District Court dismissal based upon absolute judicial immunity, finding that both necessary immunity prongs were absent; later, in Ashelman v. Pope, 793 F.2d 1072 (1986), the Ninth Circuit, en banc, criticized the "judicial nature" analysis it had published in Rankin as unnecessarily restrictive. But Rankin's ultimate result was not changed, because Judge Howard had been independently divested of absolute judicial immunity by his complete lack of jurisdiction. Some Defendants urge that any act "of a judicial nature" entitles the Judge to absolute judicial immunity. But in a jurisdictional vacuum, (that is, absence of all jurisdiction) the second prong necessary to absolute judicial immunity is missing.

2.) Stump v. Sparkman, id., 435 U.S. 349."Where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction." Piper v. Pearson, 2 Gray 120, cited in

Bradley v. Fisher, 13 Wall. 335, 20 L.Ed. 646 (1872).A judges must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts. Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938).Generally, judges are immune from suit for judicial acts within or in excess of their jurisdiction even if those acts have been done maliciously or corruptly; the only exception being for acts done in the clear absence of all jurisdiction. Gregory v. Thompson, 500 F2d 59 (C.A. Ariz. 1974)

3.) There is a general rule that a ministerial officer, who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign. Cooper v. O'Conner,99 F.2d 133.When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction. State use of Little v. U.S. Fidelity & Guaranty Co., 217 Miss. 576, 64 so. 2d 697."... the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions that a law repugnant to the constitution is void, and those courts, as well as other departments, are bound by that instrument."

4.) Marbury v. Madison, 1 Cranch 137 (1803)."No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence."Ableman v. Booth, 21 Howard 506 (1859)."The courts are not bound by an officer's interpretation of the law under which he presumes to act." Hoffsomer v. Hayes, 92 Okla 32, 227 F 417.

Complaint for Deprivation of Rights Under 42 U.S.C. §1983, et seq.; Compensatory Damages; Punitive Damages
18 U.S.Code Chapter 96-RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

## I. JURISDICTION and VENUE

1.     This action arises under 42 U.S.C. §1983 (Civil Action for Deprivation of Rights), 1985, 1986, and 1988. The jurisdiction of this court is founded on federal question jurisdiction, 28 U.S.C. §1331, this court also has original jurisdiction pursuant to 28 U.S.C. §1343.

2. Venue is proper because all events giving rise to Plaintiffs' causes of action occurred within this district, as provided in 28 U.S.C. § 1391(b) (2). Fort Lauderdale Police and Broward County Sheriff's Department have no immunity to me in a suit for damages or for jail time in either your private or public servant capacity. See TITLE 42   § 12202 A State shall not be immune.  TITLE 15 § 1122 No Immunity to state actors. TITLE 42 § 1983, 1985 & 1986 which he had knowledge were about to occur and power to prevent, a deprivation of constitutional rights. TITLE 5  PART III  Subpart B  CHAPTER 33  SUBCHAPTER II  § 3331 Oath of office  An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath: "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against ALL enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. The United States District Court for the Southern District of Florida (in case citations, S.D. Fla. or S.D. Fl.) is the federal United States district court with territorial jurisdiction over the southern part of the state of Florida.

## II. PARTIES

4. Plaintiff, Shane Christopher, herein after "Plaintiff", at all times relevant herein, was domiciled in the State of, New York.

5.Plaintiff is informed and believes that defendant Broward County Sheriff Officer Schultz and Supervisor Mercado, hereinafter "BROWARD COUNTY SHERIFF'S" is some level of

7

1
2
3
4
5
6
7

BROWARD COUNTY,FLORIDA under the authority of the United States District Court for the Southern District of Florida and, as such, was at all times relevant to this action, acting while an employed,compensated,enriched and rewarded employee for the COUNTY OF BROWARD COUNTY, a political subdivision organized and existing under the laws of the State of FLORIDA STATE. All parties are being sued in his individual and official capacities. Broward County Robby over $450 cash from Plaintiff wallet and never returned!

8
9
10
11
12
13
14
15
16

6. Plaintiff is informed and believes that defendant UGENE MCCOY AND SCOTT HICKEY ET. AL., hereinafter "UGENE MCCOY AND SCOTT HICKEY ET. AL." is some level of COUNTY OF BROWARD under the authority of the United States District Court for the Southern District of New York and, as such, was at all times relevant to this action, acting while an employed, compensated, enriched and rewarded employee for the COUNTY OF BROWARD, a political subdivision organized and existing under the laws of the State of Florida.UGENE MCCOY AND SCOTT HICKEY ET. AL. is being sued in his individual and official capacities.

17
18
19
20
21
22
23
24
25
26
27
28

6. Defendant Judge Kathleen Ireland's. Her retirement created an open seat sought by Kenneth Gottlieb, a former legislator and Hollywood city commissioner, and Steven Schaet, a trial lawyer. Voters have only good choices in this race. Mr. Gottlieb, 47, served in the state House from 1998 to 2006, when he was term-limited. Before that he spent six years on the City Commission. He runs his own law practice and does a lot of work representing clients before local governments. He has an extensive community- service record. He has been an attorney for 21 years.Mr. Schaet, 38, does criminal-defense work -- both misdemeanors and felonies. Before going into private practice in 2004 Mr. Schaet spent two years at the Broward public defender's office in his first job as a lawyer. Our choice is Mr. Schaet, though it wasn't an easy one to make. Mr. Gottlieb is smart and has a solid record as a progressive, often innovative lawmaker. But

8

making the laws and applying them in court is not the same thing. Though Mr. Schaet has fewer years as a lawyer on his resume than Mr. Gottlieb, he has spent them almost exclusively in the same court where he seeks to become judge. See Exhibit (C)

7. Defendant Christina Kontogiannis and Howard Finkelstein 201 SE 6th St Ste 3872 Fort Lauderdale, FL 33301-3332 Broward County. Howard Finkelstein received his Bachelor of Arts degree in the Social and Behavioral Sciences from the University of South Florida in 1975. He received his Juris Doctor Degree from the University of Miami School of Law in 1978.He has practiced both as a government lawyer and in the private sector. As a public defender he has represented indigent citizens charged with crimes ranging from misdemeanors to murder in the first degree. While in private practice he was a partner in the law firm of Brackey, Finkelstein and Dallas, and specialized in the defense of people charged with drug crimes. As a Chief Assistant, Howard was instrumental in forming Broward County's drug court and initiating the first mental health court in the country and later a felony mental health court in Broward County. See his commentary on mental health issues. Howard is the elected Public Defender of Broward County.

8.) Dr. Michael P. Brannon is co-director of IBSL. He is a Florida licensed psychologist with specializations in clinical and forensic psychology. He has handled thousands of cases in a forensic capacity and has testified as an expert over 1000 times in Federal and State Court Criminal and Civil Divisions throughout Florida. He regularly is appointed as an expert by the judiciary and is often called upon as an expert witness or forensic consultant to attorneys. His areas of expertise include false confessions, children who murder children, familial murders, domestic violence, sex offender assessment, substance abuse, risk assessment, malingering, ADHD in legal cases, competency, insanity, and penalty phase evaluations; and he has been qualified as an expert in all of these types of cases.

1
2
3
4
5
6
7
8
9
10
11
12
13

Dr. Brannon also has taught and supervised doctoral students at Nova Southeastern University in Fort Lauderdale. He has co-taught a doctoral class with Dr. Bourg Carter called Criminal Law and Forensic Psychology. He also frequently speaks as a guest lecturer in various law and pre-law classes in South Florida on a variety of topics related to forensic psychology. In addition, he has taught classes on topics such as human sexuality, forensic assessment, sport psychology, and child and adolescent psychological issued. Brannon also has presented seminars nationally to attorneys on a variety of topics, including juvenile evaluations, competency to stand trial evaluations, substance abuse evaluations, sanity evaluations, and malingering in personal injury evaluations. In addition, he has been invited to be a speaker at Florida judicial conferences on the topics of stalking, competency to stand trial evaluations, and mental health issues in the legal system.

14
15
16
17
18
19
20
21
22
23

Dr. Brannon holds a Bachelor of Science degree in Psychology, a Master of Science degree in Clinical Psychology, and a Doctorate degree in Psychology from Nova Southeastern University. He completed his doctoral internship at Northwest Dade Community Mental Health Center in Dade County. He completed his residency in a private forensic practice focusing upon adult criminal offenders. In addition to his forensic experience, Dr. Brannon has substantial clinical experience in the areas of substance abuse, marriage and family issues, behavioral medicine, and sports psychology. Over a ten-year period, he served as the Clinical Director, the Director of Residential Services, a clinical supervisor, and a residential counselor at The Starting Place, a substance rehabilitation program for adolescents.

24
25
26

Dr.Brannon has made severely false statements against The Real Party of Interest Shane-Christopher to benefit himself in receiving money from Broward County Courts by Stealing funds out of the "TTL" Account and never paying any taxes! PSY. REPORT SEALED

27
28

Dr. Brannon: Fee Schedule

10

The following is the fee schedule for Dr. Brannon:

Criminal, Family, or Civil Law cases involving psychological evaluation; or testimony in any such case; in-office or local work $300.00/hour Out-of-town work $3000.00/day or $300.00/hour if less than a full day out of town)

Some agencies have set hourly fees or fee caps, which are lower than the above-stated fees. These cases are sometimes accepted, but these determinations are made on a case-by-case basis depending on numerous variables, such as case load at the time, amount of work and/or travel required, case interest, and specific experience required. If you have any questions, please feel free to call us at 954-766-8826.

See http://www.forensic-experts.net/doctor-profiles/dr.-michael-p.-brannon

## GENERAL FACTUAL ALLEGATIONS

Shane-Christopher was arrested and WAS not take you immediately before a magistrate like the law say! But took Shane to get booked ...well guess what that's not proper and you falsely imprisoned. Go immediately to a magistrate (no photographs, no fingerprinting)
"The one arresting has "a duty to immediately seek a magistrate," and failure to do so "makes a case of false imprisonment." Heath v. Boyd, 175 S.W.2d. 217 (1943); Brock v. Stimson, 108 Mass. 520 (1871). "To detain the person arrested in custody for any purpose other than that of taking him before a magistrate is illegal."Kominsky v. Durand, 12 Atl.2d. 654 (1940).
"Any undue delay is unlawful and wrongful, and renders the officer himself and all persons aiding and abetting therein wrongdoers from the beginning."Ulvestad v. Dolphin, 278 Pac. 684 (1929). "The taking of the plaintiff's picture before conviction was an illegal act. "Hawkins v. Kuhne. 137 NY Supp 1090, 153 App Div 216 (1912). "The power to arrest does not confer upon the arresting officer the power to detain a prisoner for other purposes."Geldon v. Finnegan, 252 N.W. 372 (1934). "Compulsory fingerprinting before conviction is an unlawful encroachment...

1  [and] involves prohibited compulsory self-incrimination. "People v. Helvern, 215 N.Y. Supp.

2  417 (1926)

3  COURTS IN BROWARD COUNTY AND CLERK'S OFFICE INVOVREDL IN TAX FRAUD
   AND EVASION

4

5  What is the difference between Tax Fraud and Tax Evasion?

6  Tax evasion is a subset of tax fraud. "Tax evasion" is typically used in the criminal context, as in

7  someone who is charged with the crime of tax evasion in violation of 26 USC § 7201.Tax

8  evasion usually entails a deliberate act of misrepresentation of taxable income to the IRS.

9  Common examples of acts which could result in a charge of tax evasion are: not declaring all

10 your income, deliberately overstating expenses or deductions, or failing to file tax returns when

11 you have taxable income in an attempt to avoid detection. See Exhibit (H) IRS FORM 211/3949a

12                                    SUMMARY OF STORY

13 9. UGENE MCCOY AND SCOTT HICKEY ET. AL. raised his voice and stated "YOU are in

14 Fort Lauderdale now fxxx piss pot! On January 6th,2006 around 6PM.Acting nervous, asked in

15 response, "We are going to steal your items from your bag and charge you for them" McCoy said

16 hand over your keys to your car and see what more items we can Steal" Than goes on to say "

17 WE GET AWAY WITH EVERTHING!" "THIS IS THE Fort Lauderdale POLICE

18 DEPARTMENT"! "YOU ARE A PIECE OF SHIT SOVEREIGN SCAM BAG"!

19

20 10.Plaintiff, from where Plaintiff was sitting handcuffed on the sidewalk, approximately (30) feet

21 away, then McCoy & Hickey stated we are going to Steal items from the Plaintiff's Nissan

22 Xterra 2004 and said wow thanks for all of your silver! UGENE MCCOY AND SCOTT

23 HICKEY ET. AL. laughing the entire time and said we're going to get away everything too"!

24 And said now it's big to write up a bogus police report so we can put your ass in jail bitch!

25 UGENE MCCOY AND SCOTT HICKEY ET. AL.as they started to laugh hysterically.

26

27

28

Complaint for Deprivation of Rights Under 42 U.S.C. §1983, et seq.; Compensatory Damages; Punitive Damages
18 U.S.Code Chapter 96-RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

11. As Plaintiff was watching Defendant's UGENE MCCOY AND SCOTT HICKEY and said "YOU WILL NEVER GET BACK YOUR SILVER AND ALL OF YOUR PAPER WORK THAT IS IN YOUR CAR. PLUS WE ARE GOING TO HAVE IT TOWED AWAY!

### COUNT I

(42 U.S.C. § 1983; Deterring, Suppressing, or breaching freedom of speech)

12. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 11 above and incorporates the same as if set forth in full with attach Exhibits herein. Exhibit (D) Bond released on 5/4/2007 but case still stays open. Why?

13. Plaintiff, while being present in a courtroom where Plaintiff had a right to be, engaged in constitutionally protected conduct when conversing with someone who appeared to be "bullied" by officer's of the court, was directed to cease this constitutionally protected conduct, was separated from this person under a show of authority, and thereby precluded from further speaking with legal aid in the courtroom while court was not in session.  Had Plaintiff not so acted, speaking, Plaintiff would not have been subjected to the punishment and rights violations of UGENE MCCOY AND SCOTT HICKEY ET. AL...

14. Defendant's UGENE MCCOY AND SCOTT HICKEY ET. AL. and specific to this deterring of speech committed acts that extended beyond a "mere chilling" of, but clearly violated Plaintiff's First Amendment rights and clearly established law.  Further, said acts were committed pursuant to a custom, practice or policy or a failure to train as to deter these rights violations by these court BROWARDs/bailiffs, and that court BROWARDs/bailiffs in this unconstitutional unlawful matter are deterring and suppressing the speech of individuals absent any violation of law. See Exhibit (E) Certified mail sent to Clerk unlawful being in custody by the DOJ/BOP

15. As a further direct result of the conduct of Defendants as set forth in this Count, Plaintiff has suffered odium, emotional distress including but not limited to, frustration, anger, and anxiety, all to his injury in the amount of $250,000.00.

1   WHEREFORE Plaintiff prays for Punitive and General Damages against the Defendants jointly

2   and severally.

3   ## COUNT II

4   (42 U.S.C. § 1983; Unreasonable seizure of Plaintiff's person)

5   16. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 15 above

6   and incorporates the same as if set forth in full.

7   17. Plaintiff was unreasonably seized in his person by CRIMINAL ENTERPRISE BROWARD

8   COUNTY DISTRICT ATTORNEY'S OFFICE and escorted from the courtroom and directed

9   Plaintiff not to return when CRIMINAL ENTERPRISE BROWARD COUNTY DISTRICT

10   ATTORNEY'S OFFICE knew or should have known that Plaintiff had a right to be there in that

11   courtroom and thereby have access to the courts.  CRIMINAL ENTERPRISE BROWARD

12   COUNTY DISTRICT ATTORNEY'S OFFICE acted with a retaliatory animus against Plaintiff

13   as a motivating factor to punish Plaintiff was a but-for cause of Plaintiff's actions, Plaintiff's

14   constitutionally protected speech. Christina Kontogiannis letter's from Public Defender's Office

15   which did nothing with what the Plaintiff filed PETITION FOR WRIT OF PROHIBITION See

16   Exhibit (F)

17   18.Defendant CRIMINAL ENTERPRISE BROWARD COUNTY DISTRICT ATTORNEY'S

18   OFFICEBROWARD COUNTY DISTRICT ATTORNEY'S OFFICE specific to this count,

19   made an unreasonable seizure of Plaintiff absent probable cause, warrant, court order, or any

20   exigent circumstances that could in any way warrant any reasonable person to affect such a

21   seizure of Plaintiff. Further, said acts were committed pursuant to a custom, practice or policy.

22   19. As a further direct result of the conduct of Defendants as set forth in this Count, Plaintiff has

23   suffered odium, emotional distress including but not limited to, frustration, anger, and anxiety,

24   all to his injury in the amount of $250,000.00.

25   WHEREFORE Plaintiff prays for Punitive and General Damages against the Defendants jointly

26   and severally.

27

28

Complaint for Deprivation of Rights Under 42 U.S.C. §1983, et seq.; Compensatory Damages; Punitive Damages
18 U.S.Code Chapter 96-RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

## COUNT III
### (42 U.S.C. § 1983; Denial of Access to the Courts)

20. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 19 above and incorporates the same as if set forth in full.

See Exhibit (G) Judicial Investigation 10/30/2014 of Judge Merrigan Docket No. 14-618

21.   CRIMINAL   ENTERPRISE   BROWARD   COUNTY   DISTRICT   ATTORNEY'S OFFICEBROWARD COUNTY DISTRICT ATTORNEY'S OFFICE denied Plaintiff his right to have access to the court by use of CRIMINAL ENTERPRISE's command and show of authority   by   which   CRIMINAL   ENTERPRISE   BROWARD   COUNTY   DISTRICT ATTORNEY'S OFFICEBROWARD COUNTY DISTRICT ATTORNEY'S OFFICE directed Plaintiff not return to the courtroom. CRIMINAL ENTERPRISE BROWARD COUNTY DISTRICT   ATTORNEY'S   OFFICE   knew   or   should   have   known   that   under   these circumstances CRIMINAL ENTERPRISE BROWARD COUNTY DISTRICT ATTORNEY'S OFFICE had no such authority and, in so acting, violated a clearly established right of Plaintiff's.

22.Defendant's CRIMINAL ENTERPRISE BROWARD COUNTY DISTRICT ATTORNEY'S OFFICE committed acts that clearly violated Plaintiff's First Amendment right and clearly established law specific to the right of the people to have access to the courts. Further, said acts were committed pursuant to a custom practice or policy.

23. As a further direct result of the conduct of Defendants as set forth in this Count, Plaintiff has suffered odium, emotional distress including but not limited to, frustration, anger, and anxiety, all to his injury in the amount of $250,000.00.

WHEREFORE Plaintiff prays for Punitive and General Damages against the Defendants jointly and severally.

## COUNT IV

### (42 U.S.C. § 1983; Denied equal protection under the law)

15

24. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 23 above and incorporates the same as if set forth in full. Title 42 action (21-1-1983) Civil Action for Deprivation of Rights:

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

<u>4th Amendment Protections</u>

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

<u>5th Amendment</u>

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, <u>nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.</u>

Complaint for Deprivation of Rights Under 42 U.S.C. §1983, et seq.; Compensatory Damages; Punitive Damages
18 U.S.Code Chapter 96-RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

Supreme Court rules that rights do not come from the constitution but are antecedent to them. (rights come from God secured and guaranteed by the constitution)

People violate your rights, not corporations. So it is people that have to be held accountable

25.Defendant CRIMINAL ENTERPRISE BROWARD COUNTY DISTRICT ATTORNEY'S OFFICE knew or should have known that courtrooms are public places and that all are welcome to observe open proceedings, outside jurors, judges, clerks, and parties to any civil or criminal actions; a clearly established right. CRIMINAL ENTERPRISE BROWARD COUNTY DISTRICT ATTORNEY'S OFFICE by singling out Plaintiff denied Plaintiff the right to be in this public place and therefore denied Plaintiff his right to enjoy equal protection under the law to be in a public place as are others.

26. Defendant's committed acts that clearly violated Plaintiff's Fourteenth Amendment rights and clearly established law. Further, said acts were committed pursuant to a custom practice or policy.

27. As a further direct result of the conduct of Defendants as set forth in this Count, Plaintiff has suffered odium, emotional distress including but not limited to, frustration, anger, and Anxiety, all to his injury in the amount of $250,000.00.

WHEREFORE Plaintiff prays for Punitive and General Damages against the Defendants jointly and severally.

## COUNT V

### (Negligence)

28. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 27 above and incorporates the same as if set forth in full.

29. Defendants UGENE MCCOY AND SCOTT HICKEY ET. AL. have a legal duty to prevent and refrain from conduct that deters, suppresses, or otherwise breaches Plaintiff's

17

1  Constitutionally protected rights and clearly established law regarding how public servants

2  conduct themselves with respect to the people and citizens of these United States.

3  30. Because of the foregoing, Defendants were the actual and proximate cause of all injury

4  suffered by Plaintiff. Exhibit (J) MAC'S TOWING SERVICE, INC

5  WHEREFORE Plaintiff prays for Punitive and General Damages against the Defendants jointly

6  and severally, for Tortious Negligence.

7
                                    COUNT VI
8
                (Intentional Infliction of Emotional and Mental Distress)
9

10  31. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 30 above

11  and incorporates the same as if set forth in full.

12  32. Defendants CRIMINAL ENTERPRISE BROWARD COUNTY DISTRICT ATTORNEY'S

13  OFFICE and UGENE MCCOY AND SCOTT HICKEY ET. AL.committed acts with, at

14  minimum an expectation, to greatly intimidate and/or scare Plaintiff to such a degree as to deter

15  and prevent Plaintiff from speaking with someone when Plaintiff had a right to do so and to

16  deter Plaintiff from returning to the courtroom.

17  33. Defendants' conduct was grossly unreasonable, and as a direct and proximate result of their

18  actions Plaintiff has sustained substantial emotional distress therefrom.

19  WHEREFORE Plaintiff prays for Compensatory and Punitive Damages against the Defendants

20  jointly and severally, for the tort of Intentional Infliction of Mental Distress.

21  **WHEREFORE**, Plaintiff prays for relief against Defendants, and each of them, as

22  Follows:

23  34. The American people who have been arrested by the police without justification, what the

24  law calls a "false arrest." After describing the facts to me, they always ask me two questions:

25  First, "do I have a case?" YES! and,

26  Generally speaking, a "false arrest" occurs when a police officer (or sometimes a private person

27  or business) detains or confines a person against his or her will and without proper legal

28
                                        18

authority. A false arrest violates both federal law (the Fourth Amendment of the United States Constitution as enforced through 42 U.S.C. s. 1983) and New York law (the common law tort of false imprisonment). As in this matter with Edward Cotter where he lack an accusatory instrument and no statute of limitations for fraud.

35.Ultimately, the question as to how much a person should be compensated for being falsely arrested is decided by the jury (or sometimes the judge in a bench trial), which has broad discretion to award an amount of money that is "fair and reasonable" given all of the facts and circumstances of the case. The jury is not required to award the plaintiff any specific amount of money; it can award a small amount or a large amount, depending on the case.

Based on these cases – and there are others that show larger and smaller amounts of compensation – a good rule of thumb is that a false arrest claim may be "worth" between $2500 and $5000 per hour that the plaintiff spends in custody, depending on the facts of the case. (Note: 36.These amounts do not include punitive damages, which the plaintiff sometimes is awarded in false arrest cases.)All Rights Reserved to other claims, e.g., for excessive force or for denial of due process).

Lastly, it should be noted that under federal law, but not under state law, a plaintiff who wins a false arrest lawsuit is entitled to recover reasonable attorney's fees, in addition to compensatory damages. In many cases, this means that the defendant will be ordered to pay the plaintiff's lawyer directly, instead of the lawyer taking a percentage of the plaintiff's jury award.

Under both federal and state law, a person who is falsely arrested is entitled to compensation for (1) loss of liberty, and (2) physical and/or emotional pain and suffering caused by the false arrest. (Injuries caused by excessive force and malicious prosecution are compensated separately.) Importantly, a person who is falsely arrested is legally entitled to compensation for loss of liberty (to redress denial of free movement and harm to personal dignity), even if he or she does not experience any additional physical or emotional pain and suffering.  See Kerman v. City of New York, 374 F.3d 93,123-126 (2d Cir. 2004); Gardner v. Federated Department Stores, Inc., 907 F.2d 1348, 1353 (2d Cir. 1990).

37. Obviously, a person who suffers more harm, including physical and/or emotional injuries, would be entitled to more compensation than a person who suffers less harm, including only loss of liberty. Nevertheless, "even absent such other injuries, an award of several thousand dollars may be appropriate simply for several hours' loss of liberty. Kerman, supra, at 125-126.

38.) In Gardner v. Federal Department Stores, supra, at 1353, the Second Circuit held that $50,000 was reasonable compensation for approximately 8 hours in custody, or $6250 per hour.

39.) In Musto v. Arakel, 584 N.Y.S.2d 812, 813 (N.Y. App. 1st Dep't 1992) (mem.), the First Department held that $60,000 was reasonable compensation for a false arrest (time in custody not given by court in decision).

40.) In Roundtree v. City of New York, 617 N.Y.S.2d 170, 171 (N.Y. App. 1st Dep't 1994) (mem.), the First Department held that $200,000 was reasonable compensation for approximately 84 hours in custody, or $2381 per hour.

41.) In Mercado v. City of New York, 703 N.Y.S.2d 283, 283 (N.Y. App. 2d Dep't 2000) (mem.), the Second Department affirmed the jury's verdict that $120,000 was reasonable compensation for a false arrest (time in custody not given by court in decision).

42.) In Martinez v. Port Authority of New York and New Jersey, 445 F.3d 158, 160-161 (2d Cir. 2006) (per curiam), the Second Circuit affirmed the lower court's ruling that $160,000 was reasonable compensation for approximately 19 hours in custody, or $8421 per hour.

43.) In Sylvester v. City of New York, 2006 WL 3230152, at *4 (S.D.N.Y. Nov. 8, 2006), the district court affirmed the jury's verdict that $30,000 was reasonable compensation for "several hours" in custody at precinct (specific time in custody not given by court in decision).

44.) In Landow v. Town of Amherst, 853 N.Y.S.2d 760, 761 (N.Y. App. 4th Dep't 2008) (mem.), the Fourth Department affirmed the lower court's ruling that $10,000 was reasonable compensation for approximately 4 hours in custody, or $2500 per hour.

45.) The precedent set by James C. Trezevant v City of Tampa wherein the damages established were at $25,000 for 23 minutes of unlawful detainment. See 741 F. 2d 336 - Trezevant v. City of Tampa C Trezevant

46.) Based on these cases – and there are others that show larger and smaller amounts of compensation – a good rule of thumb is that a false arrest claim may be "worth" between $2500 and $5000 per hour that the plaintiff spends in custody, depending on the facts of the case. (Note:  These amounts do not include punitive damages, which the plaintiff sometimes is awarded in false arrest cases.)

47.) TITLE 42 § 12202 A State shall not be immune. TITLE 15 § 1122 No Immunity to state actors. TITLE 42 § 1983, 1985 & 1986 which he had knowledge were about to occur and power to prevent, a deprivation of constitutional rights, False arrest / false imprisonment, Excessive force police brutality, Unlawful search and seizure, Stop and frisk, Strip searches, Malicious prosecution

Wrongful convictions, Freedom of speech, Asset forfeiture, Right of privacy, Due process of law

Equal protection of the law, Assault and battery, Defamation, slander, libel

Lastly, it should be noted that under federal law, but not under state law, a plaintiff who wins a false arrest lawsuit is entitled to recover reasonable attorney's fees, in addition to compensatory damages.  In many cases, this means that the defendant will be ordered to pay the plaintiff's lawyer directly, instead of the lawyer taking a percentage of the plaintiff's jury award.

## **AS TO COUNT I-IV**

a)  For general damages against defendants UGENE MCCOY AND SCOTT HICKEY ET. AL. in their individual and official capacities in the amount of $1,000,000.00

Exhibit (I) COUNTY COURT DISPOSITION ORDER IN AND FOR BROWARD COUNTY, FLORIDA: DISMISSED BASED ON A FALSE ARREST LACKING ANY INSTRUMENT

b)  For punitive damages against the appropriate Defendants in the amount of $1,000,000.00

Complaint for Deprivation of Rights Under 42 U.S.C. §1983, et seq.; Compensatory Damages; Punitive Damages
18 U.S.Code Chapter 96-RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

c) For compensatory damages against the appropriate Defendants in the amount of $1,500,000.00

## **AS TO COUNT V-VI**

d) For general damages against defendants UGENE MCCOY AND SCOTT HICKEY ET. AL.in the amount of $100,000.00 or as allowed by law.

e) For punitive damages in the amount allowed by law.

f) Reasonable legal costs & fees, along with costs of suit; and,

g) Such other relief as this Court may find to be just and proper.

We the People of these several united States, stand united as one Nation with all the unalienable Rights as originally endowed to us by our Creator, and with the consequent political Power upon which the united States of America were founded in 1776.

We the People, fully in accordance with the Declaration of Independence of 1776, do hereby assert and affirm: "That to secure these Rights, Government are instituted among Men, deriving their just Powers from the Consent of the Governed, [and] that whenever any Form of Government becomes destructive of these Ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its Foundation on such Principles, and organizing its Powers in such Form, as to [We the People] shall seem most likely to affect [our] Safety and Happiness." Further;

We the People, fully in accordance with the Declaration of Independence of 1776, do hereby assert and affirm: "[That] when a long Train of Abuses and Usurpations, pursuing invariably the same Object, evinces a Design to reduce [us] under absolute Despotism, it is [our] Right, it is [our] Duty to throw off such Government, and to provide new Guards for [our] future Security. Such has been the patient Sufferance of these Colonies" and; now, of these united States - the United States. PETITION FOR REDRESS OF GRIEVANCE and DEMAND FOR TRIAL BY

1    <u>JURY</u> <u>I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND</u>

2    <u>CORRECT TO THE BEST OF MY KNOWLEDGE 28 USC SEC.1746 (1).</u>

3

4    DATED this _____ day of March, 2016.

5                                  Original Signature

6

7                             Shane-Christopher

8                             Rural Free Delivery Office-43
                                Lake View, New York near [14085]

9                             [Non-domestic][Non-Assumpsit]

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint for Deprivation of Rights Under 42 U.S.C. §1983, et seq.; Compensatory Damages; Punitive Damages
18 U.S.Code Chapter 96-RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

Cc:
Office Depot Corporate Office Headquarters HQ
6600 North Military Trail
Boca Raton, Florida 33449
Corporate Phone Number: 1-561-438-4800
Fax Number: 1-561-438-4400
Email: info@officedepot.com
Stock Symbol: ODP
Customer Service Number: 1-800-463-3768
Legal Department: 561-438-3433 Claudia

Fort Lauderdale Police Department - Ft Lauderdale, FL
Country: USA
Address 1: 1300 W Broward Blvd
City: Ft Lauderdale
State: FL
Zip Code: 33312-1699
County: Broward County
Phone #: 954-828-5590

Fax #: 954-828-6001
Registered Agent: 800-672-9110
Office Depot-Care of Corporate Creations
15 North Mill Street
Nyack New York [10960]

Ugene McCoy and Scott Hickey
Fort Lauderdale Police Department - Ft Lauderdale, FL
Country: USA
Address 1: 1300 W Broward Blvd
City: Ft Lauderdale
State: FL
Zip Code: 33312-1699
County: Broward County
Phone #: 954-828-5590

24

Office Depot-Care of Corporate Creations
Mr. Edmond
Fax #: 954-828-6001
Registered Agent: 800-672-9110
Office Depot-Care of Corporate Creations
15 North Mill Street
Nyack New York [10960]


Dr. Michael P. Brannon Psy.Doctor
Photo Dr. Michael P. Brannon
mpbrannon@forensic-experts.net
11760 W. Sample Road, Suite 103
Coral Springs, FL 33065
Office: 954-766-8826
Fax: 954-764-3486


MAC'S TOWING
418 Sw 2nd Pl,
Dania Beach, FL
(954) 923-8218
http://www.yelp.com/biz/macs-towing-service-dania

Howard Finkelstein & Christina Kontogiannis
Law Office of the Public Defender
Broward County Courthouse, North Wing
201 S.E. 6th Street, Rm 3872
Ft. Lauderdale, FL 33301
Fax (954) 831-8853
Phone (954) 831-8650

Schultz, Mercado-Sheriff's
Broward Sheriff's Office
2601 W. Broward Blvd.
Ft. Lauderdale, FL 33312
(954) 765-4321

Complaint for Deprivation of Rights Under 42 U.S.C. §1983, et seq.; Compensatory Damages; Punitive Damages
18 U.S.Code Chapter 96-RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

Internal Affairs 2601 West Broward Blvd, 1st Floor
Fort Lauderdale, FL 33312
(954) 321-1100

Edward H. Merrigan Jr.,
Kathleen Ireland
Robert F. Diaz
Leonard Feiner
Joseph A. Murphy
Robert S. Zack
Michael Rothschild
Clerk of the Courts
201 S.E. 6th Street
Fort Lauderdale, FL 33301

26

Complaint for Deprivation of Rights Under 42 U.S.C. §1983, et seq.; Compensatory Damages; Punitive Damages
18 U.S.Code Chapter 96-RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

RT 442 6 16:30 B
FZ B43 5830 03.03

99154169

U.S. Mail
Content

ORIGIN ID:BUFA

SHIP
ACTWG
CAD:
DIMS:
BILL

UNITED STATES US
TO CLERKS OFFICE
UNITED STATES DISTRICT COU
299 E BROWARD BLVD
STE 108
FORT LAUDERDALE FL 33301
(954) 769-5439 REF:
INV:
PO: DEPT:

FRI – 04 MAR
EXPRESS SA

TRK# 0200 8091 9296 5830

SH HWOA

33301
FL-US FLL

...dex.com. Join our efforts by recycling this FedEx pak.
...ns may be limited and vary by location.

**FedEx Express** NEW

FedEx Tracking Number 8091 9296 5830

Form ID No. 02

1 From
Date 3-1-2016 [redacted]
Sender's Name Shane Christopher Phone 716 255-5924
Company Civil Rights
Address Box 43
City Lake View State NY ZIP 14085

2 Your Internal Billing Reference

3 To
Recipient's Name Clerk's office Phone
Company United State Clerks
Address South District Florida
We cannot deliver to P.O. boxes or P.O. ZIP codes.
Address 299 East Broward Blvd
Use this line for the HOLD location address or for continuation of your shipping address.
City Fort Lauderdale State FL ZIP 33301

HOLD Weekday
HOLD Saturday

4 Express Package
Next Business
FedEx First Overnight
FedEx Priority Overnight
FedEx Standard Overnight

5 Packaging
FedEx Envelope

6 Special Handling
SATURDAY Delivery
No Signature Required
Does this shipment contain dangerous goods?
☒ No ☐ Yes

7 Payment
☐ Sender ☐ Recipient ☐ Third Party ☐ Credit Card ☒ Cash/Check
[redacted]
Total Packages 1 Total Weight lbs. Credit Card Auth.

644

Our liability is limited to US$100 unless you declare a higher value. See the current FedEx Service Guide for details.

Rev. Date 1/12 • Part #167001 • ©2012 FedEx • PRINTED IN U.S.A. SRM

fedex.com 1.800.GoFedEx 1.800.463.3339

05741046

8091 9296 5830

Extremely Urgent

